DAVID SILVER, ESQ. (California Bar No. 312445)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAL IP ENTERPRISE LTD., a Canadian limited company,<br><br>Plaintiff,<br><br>v.<br><br>OHealthApps Studio,<br><br>Defendant. | Case No.: 2:23−cv−00607−MCS−JPR<br><br>**PLAINTIFF'S NOTICE OF RULE 55(b) MOTION FOR DEFAULT JUDGMENT**<br><br>Honorable Mark C. Scarsi<br><br>Date: May, 1, 2023 at 9:00 A.M.<br>Courtroom: 7C |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on May 1, 2023 at 9:00 A.M., before the Honorable Mark C. Scarsi, in Courtroom 7C of the United States Courthouse for the Central District of California, Western Division, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Astral IP Enterprise Ltd. ("Plaintiff") will and hereby does

move the Court to enter an order of default judgment against Defendant OHealthApps Studio.

As set forth in the accompanying Motion and Memorandum of Points and Authorities, there is good cause for the relief requested.

Plaintiff's Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Declaration of David Silver and accompanying exhibits; and such further argument and matters as may be offered at the time of hearing of this Motion.

Dated this 23rd day of March 2023

**BAYRAMOGLU LAW OFFICES LLC**

By:   /s/ David Silver
DAVID SILVER, ESQ.
(California Bar No. 312445)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89052
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, David Silver, hereby certified that a true correct copy of the foregoing **PLAINTIFF'S NOTICE OF RULE 55(b) MOTION FOR DEFAULT JUDGMENT** was served upon Defendant OHealthApps Studio, by email pursuant to the Court's order granting alternative service, on this 23rd day of March, 2023 at the following address:

OHealthApps Studio
ohealthappsstudio@gmail.com; androidpixels@gmail.com

                        By:    */s/ David Silver*
                                  David Silver