JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASTRAL IP ENTERPRISE LTD, | CASE NO. 2:23-cv-00607-MCS-JPR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| OHEALTHAPPS STUDIO, | |
| Defendant. | |

In accordance with this Court's order granting default judgment, it is hereby ordered, adjudged, and decreed that judgment is entered in favor of Plaintiff Astral IP Enterprise Ltd. and against Defendant OHealthApps Studio as to Plaintiff's causes of action for Lanham Act trademark infringement, 15 U.S.C. § 1114(1); California common law trademark infringement; federal copyright infringement, 17 U.S.C § 501 *et seq.*; Lanham Act unfair competition, 15 U.S.C § 1125; and violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*. Injunctive relief is awarded as follows:

///

///

///

1

1) Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them are permanently enjoined and restrained from using the , , , or images, any derivations thereof, and must remove any mobile application or other product using the , , , or  images that is not affiliated or authorized by Plaintiff to be sold or made available for download on Google Play or any other online platform;

2) Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them are permanently enjoined and restrained from further infringing Plaintiff's Registration Nos. 5601295, 5649291, 6643756, or 5649292, or any of Plaintiff's trademarks relating to Plaintiff's family of fitness and health mobile applications and damaging Plaintiff's goodwill and reputation;

3) Defendant shall, within ten (10) business days after receipt of such notice, remove its infringing mobile applications from any other online platform which Defendant's mobile applications may be available;

4) Should Defendant's infringing mobile applications remain active on any online platform after ten (10) business days following Defendant's receipt of this Order, and upon Plaintiff's request, the online platforms (collectively, the "Third-Party Providers"), shall, within ten (10) business days after receipt of such request by Plaintiff, remove Defendant's infringing mobile applications from the Third-Party Provider's respective online platform.

**IT IS SO ORDERED.**

Dated: May 24, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE